FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$15,000.00 U.S. CURRENCY,<br><br>Defendant. | No.   2:20-cv-00412-SMJ<br><br>**FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT**<br><br>***U.S. MARSHALS SERVICE ACTION REQUIRED*** |

Before the Court, without oral argument, is the United States of America's Motion for Default Judgment and Final Order of Forfeiture, ECF No. 22. Having considered the pleadings and file in this matter, the Court is fully informed and grants the United States' motion and enters the following Final Order of Forfeiture.

Plaintiff, the United States of America, alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant currency captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. § 1355. Venue is also proper pursuant to 28 U.S.C. § 1355.

The Defendant property being sought for forfeiture is described as follows:

$15,000.00 U.S. currency, seized by the United States Postal Inspection Service on May 20, 2020.

FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT – 1

On December 18, 2020, the United States Marshals Service executed the Warrant of Arrest *In Rem*, and Government filed the executed Warrant of Arrest *In Rem* with the Court, ECF No. 6.

On December 22, 2020, through January 20, 2021, notice of forfeiture was posted on an official government website, www.forfeiture.gov. ECF No. 8.

On or about December 18, 2020, all known and potential claimants were provided notice of this civil forfeiture action. ECF No. 7.

On March 26, 2021, Clerk's Orders of Default were entered against Chris Barcome, Mark Conway, Postal Customer Conway, Gage Strickland, Ronald Strickland, and Shayla Strickland. ECF Nos. 16–21.

No timely claims to the Defendant property have been received or filed with the Court, and the deadline for filing timely claims has passed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, **ECF No. 22**, is **GRANTED**.

2. Default judgments are entered against the interests of Chris Barcome, Mark Conway, Postal Customer Conway, Gage Strickland, Ronald Strickland, and Shayla Strickland.

**3.** The Defendant property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.

**4.** The United States Marshals Service shall dispose of the forfeited currency described herein in accordance with law.

**5.** This Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

**6.** The Clerk's office shall **CLOSE** this file.

**7.** All deadlines and hearings set in this matter are **STRICKEN**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT – 3